B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>CLAIRE SIMONETTE<br>ALEXANDER-DOWELL<br>DEBTOR | CASE NO. 18-70150-WLH<br>CHAPTER 13 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SN Servicing Corporation for Igloo Series IV Trust | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices of transferee should be sent:
SN Servicing Corporation
323 Fifth St
Eureka, CA 95501
Phone: (800) 603-0836
Last Four Digits of Acct #: 1278

Court Claim # (if known): 10
Amount of Claim: $199,204.25
Date Claim Filed: February 11, 2019

Last Four Digits of Acct#: 6079

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
Phone: (800) 603-0836
Last Four Digits of Acct #: 1278

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Travis Menk                                    Date: September 17, 2020
Bar No.: 632610
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
CLAIRE SIMONETTE
ALEXANDER-DOWELL
           DEBTOR

CASE NO.  18-70150-WLH
CHAPTER 13

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the foregoing Transfer Of Claim Other Than For Security using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
*Chapter 13 Trustee*

Karen King, Esq.
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303
*Counsel for Debtor*

Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

    I further certify that on this day I caused a copy of this document to be served via United States first class mail, with adequate postage prepaid, on the following parties set forth below at the address shown for each:

CLAIRE SIMONETTE ALEXANDER-
DOWELL
3548 ROSEBUD PARK COURT
SNELLVILLE, GA 30039
*Debtor*

This 17th Day of September, 2020.

                                          */s/ Travis Menk*
                                          Travis Menk
                                          (Bar No. 632610)
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          8757 Red Oak Blvd., Suite 150
                                          Charlotte, NC 28217
                                          Telephone:  704-369-0676
                                          Facsimile:  704-369-0760
                                          E-Mail:  GABKR@BrockandScott.com